# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DON W. REINHARD et al.,

    Plaintiffs,

v.        CASE NO. 4:05cv270-RH-WCS

WILLIAM R. HOUGH & CO., INC., etc.,

    Defendant.

_____/

## ORDER FOR ENTRY OF FINAL JUDGMENT

Petitioners Don W. Reinhard, Sarah Anne Reinhard, and Magnolia Capital Advisors, Inc. ("Magnolia") commenced this action by filing a petition to enjoin an arbitration proceeding now pending between petitioners and respondent William R. Hough & Co., Inc. Respondent filed a motion to compel petitioners to go forward with the arbitration.

The petition and motion came on for trial to the court on September 7, 2005. Mr. Reinhard and Magnolia withdrew their claims at the outset, leaving at issue on the petition only the claim that the arbitration proceeding should be enjoined with respect to respondent's claims against Ms. Reinhard. Findings of fact and conclusions of law were announced on the record at the conclusion of the trial. No

party waived any objection to those findings and conclusions.  No party asked for additional findings or conclusions.  All parties agreed that, in light of the findings and conclusions, judgment should be entered dismissing the petition, granting respondent's motion to compel, and ordering petitioners to arbitrate.  In accordance with the findings and conclusions announced on the record,

    IT IS ORDERED:

    1.  The claims of Don W. Reinhard and Magnolia Capital Advisors, Inc. are voluntarily dismissed.  The claims of Sarah Anne Reinhard are dismissed with prejudice.

    2.  Respondent's motion to compel arbitration (document 6) is GRANTED.  Don W. Reinhard and Sarah Anne Reinhard (in their individual capacities and as tenants by the entireties) and Magnolia Capital Advisors, Inc. are hereby compelled to arbitrate the claims now pending in the subject arbitration proceeding.  This order does not enlarge or restrict in any way the scope of that arbitration proceeding.

    3.  The clerk shall enter final judgment under Federal Rule of Civil Procedure 58 stating, "The claims of Don W. Reinhard and Magnolia Capital Advisors, Inc. are voluntarily dismissed.  The claims of Sarah Anne Reinhard are dismissed with prejudice.  Don W. Reinhard and Sarah Anne Reinhard (in their individual capacities and as tenants by the entireties) and Magnolia Capital

*Page 3 of 3*

Advisors, Inc. are hereby compelled to arbitrate the claims now pending in the subject arbitration proceeding.  This judgment does not enlarge or restrict in any way the scope of that arbitration proceeding. "

  4.  The clerk shall close the file.

  SO ORDERED this 9th day of September, 2005.

              s/Robert L. Hinkle
              Chief United States District Judge